UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 1:98 CR 140 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE DAN AARON POLSTER** |
| v. | ) | |
| | ) | |
| **GILBERT ACEVEDO,** | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| **Defendant.** | ) | |

Before the Court is the Motion for Reconsideration filed by Defendant Gilbert Acevedo on December 14, 2009 (***Doc. #102***). Defendant was sentenced by this Court on November 30, 2009, to a term of imprisonment of 57 months with 3 years supervised release. *Doc. #91*. Judgment was entered on December 7, 2009. *Doc. #92*. On December 8, 2009, the Court received notice that Defendant was appealing the Court's sentence to the Sixth Circuit Court of Appeals. *Doc. #94*. As Defendant has appealed his sentence, the Court lacks jurisdiction to address Defendant's Motion for Reconsideration. Accordingly, Defendant's Motion for Reconsideration is **DENIED**.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster   January 5, 2010*
**Dan Aaron Polster**
**United States District Judge**